# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1034

_____

Abraham Sowe,                       *
                                 *
           Petitioner,        *
                                 *   Petition for Review of
      v.                       *   an Order of the Bureau of Immigration
                                 *   and Customs Enforcement.
Michael B. Mukasey,[1] Attorney   *
General of the United States,     *   [UNPUBLISHED]
                                 *
          Respondent.      *

_____

Submitted: June 5, 2008
Filed: June 11, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Abraham Sowe, a native of Gambia and a citizen of Sweden, petitions for review of an order of the Bureau of Immigration and Customs Enforcement (ICE) ordering him removed. We lack jurisdiction to review Sowe's petition because he was admitted to the United States under the Visa Waiver Program (VWP) and, as a condition of entry under the VWP, he waived his right to contest removal on any ground other than an application for asylum. See 8 U.S.C. § 1187(a)-(b); Lacey v.

_____

[1]Michael B. Mukasey, now Attorney General of the United States, is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Gonzales, 499 F.3d 514, 518 (6th Cir. 2007); Handa v. Clark, 401 F.3d 1129, 1133 (9th Cir. 2005).

Accordingly, we dismiss the petition.

_____